# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>                        Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, et al.,<br><br>                        Plaintiff,<br>vs.<br><br>RAYMOND M. CHAMBERS; SARAH E. CHAMBERS,<br><br>                        Defendants. | Adversary Proceeding<br>Case No. 19-50777 (BLS) |

## JUDGMENT BY DEFAULT

Default has been entered against defendants Raymond M. Chambers and Sarah E. Chambers (collectively, "Defendant"). Plaintiff has requested entry of judgment and has filed an affidavit of the amount due, which affidavit states that this defendant is not in military service. Furthermore, it appears from the record that this defendant is not an infant or incompetent person. Therefore, pursuant to Fed. R. Civ. P. 55(b)(1), as incorporated by Fed. R. Bankr. P. 7055, judgment is entered against this defendant in favor of the plaintiff in the amount of $26,990.25 plus $350.00 in Court costs.

Dated: _____, 2021      */s/ Una O'Boyle*_____
                                                      Clerk of the Bankruptcy Court

                                                      By: _____
                                                      Deputy Clerk

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard, #302, Sherman Oaks, California 91423.